Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 08-409 FCD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) Court:  Hon. Frank C. Damrell, Jr. |
| | ) Time:   10:00 a.m. |
| | ) Date:   November 17, 2008 |
| Jesus Antonio Barraza, et.al. | ) |
| | ) |
| Defendants | |

_____

        Defendants Jesus Antonio Barraza and Meza Flavio Osuna are

charged in an indictment alleging two counts of violations of 21

U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute.

A status conference was previously set for October 6, 2008.   The

parties are involved in defense investigation, as well as negotiations

and all parties request that the current status conference be

continued to November 17, 2008, and that date is available with the

Court.

        The parties agree that time should be excluded under 18 U.S.C. §

3161(h)(8)(i) for defense preparation and under local code T4.

Dated: October 2, 2008                 Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Jesus Antonio Barraza


                                    /s/ Lorie Teichert
                                    Lorie Teichert
                                    Attorney for Defendant
                                    Meza Flavio Osuna


                                    /s/ Jill Thomas
                                    Jill Thomas
                                    Assistant United States Attorney




                                    **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through
November 17, 2008, based on Local Code T4, giving counsel reasonable
time to prepare.

DATED: October 2, 2008

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE