LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S.  08-409 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| MEZA FLAVIO OSUNA, et al., | ) | Court: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) | Time: 10:00 a.m. |
|  | ) | Date: January 6, 2009 |

  IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of November 17, 2008 be continued to January 6, 2009 at 10:00 a.m.

  It is further stipulated and agreed between the parties that the period between November 17, 2008 through and including January 6, 2009 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(8)(B)(iv). In particular, counsel need more time for the purpose of defense preparation

1  and investigation of factual issues.  All parties stipulate and agree that this is an appropriate

2  exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv),

3  and Local Code T4.

4  Dated: November 13, 2008                    Respectfully submitted,

5                                                                  /s/ Lorie J. Teichert
                                                                LORIE J. TEICHERT
6                                                               Attorney for Defendant
                                                                Meza Flavio Osuna

8                                                                /s/ Shari Rusk
                                                                SHARI RUSK
9                                                               Attorney for Defendant
                                                                Jesus Antonio Barraza

11 Dated: November 13, 2008                    McGREGOR W. SCOTT
                                                                United States Attorney

13                                                              By: /s/ Jill M. Thomas
                                                                JILL M. THOMAS
14                                                              Assistant U.S. Attorney

16                                                ORDER

17       Based on the stipulation of the parties and good cause appearing therefor, the Court

18 hereby finds that a continuance in this case is necessary to allow defense counsel reasonable time

19 for effective preparation, taking into account the exercise of due diligence.  The Court specifically

20 finds that the ends of justice served by the granting of such continuance outweigh the interests of

21 the public and the defendant in a speedy trial.

22       Based on these findings and pursuant to the stipulation of the parties, the Court hereby

23 adopts the stipulation of the parties in its entirety as its order.

24       **IT IS SO ORDERED**.

25 Dated:   11/14/2008

                                                        _____
                                                        FRANK C. DAMRELL, JR.
                                                        UNITED STATES DISTRICT JUDGE