LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S.  08-409 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| MEZA FLAVIO OSUNA, et al., | ) | Court: Hon. Frank C. Damrell, Jr. |
| | ) | Time:  10:00 a.m. |
| Defendants. | ) | Date:   February 23, 2009 |

     IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through Acting United States Attorney Lawrence Brown and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of February 23, 2009 be continued to April 13, 2009 at 10:00 a.m.

     It is further stipulated and agreed between the parties that the period between February 23, 2009 through and including April 13, 2009 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(7)(A) and (B)(iv).  In particular, both counsel need more time for the purpose of defense preparation

1  and investigation of factual issues relating to the charges and to potential mitigating evidence.
2  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of
3  Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code T4.

4  Dated: February 19, 2009            Respectfully submitted,

5                                       /s/ Lorie J. Teichert
                                        LORIE J. TEICHERT
6                                       Attorney for Defendant
                                        Meza Flavio Osuna
7

8                                       /s/ Shari Rusk
                                        SHARI RUSK
9                                       Attorney for Defendant
                                        Jesus Antonio Barraza
10

11 Dated: February 19, 2009            LAWRENCE BROWN
                                        Acting United States Attorney
12

13                                      By: /s/ Jill M. Thomas
                                        JILL M. THOMAS
14                                      Assistant U.S. Attorney

15

16                                      ORDER

17      Based on the stipulation of the parties and good cause appearing therefor, the Court
18 hereby finds that a continuance in this case is necessary to allow defense counsel reasonable time
19 for effective preparation, taking into account the exercise of due diligence.  The Court specifically
20 finds that the ends of justice served by the granting of such continuance outweigh the interests of
21 the public and the defendant in a speedy trial.
22      Based on these findings and pursuant to the stipulation of the parties, the Court hereby
23 adopts the stipulation of the parties in its entirety as its order.
24      **IT IS SO ORDERED**.
25 Dated: February 20, 2009
26
27                                      FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE
28