Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: CR.S. 08-409 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court: Hon. Frank C. Damrell, Jr. ) Time: 10:00 a.m. ) Date: May 18, 2009 |
| Jesus Antonio Barraza, et.al. | ) |
| Defendants | |

Defendants Jesus Antonio Barraza and Meza Flavio Osuna are charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute. A status conference was previously set for April 13, 2009. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to May 18, 2009, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: April 9, 2009        Respectfully submitted,

-1-

          /s/ Shari Rusk
          Shari Rusk
          Attorney for Defendant
          Jesus Antonio Barraza


          /s/ Lorie Teichert
          Lorie Teichert
          Attorney for Defendant
          Meza Flavio Osuna


          /s/ Jill Thomas
          Jill Thomas
          Assistant United States Attorney


**ORDER**

  IT IS SO ORDERED. The Court finds excludable time through May 18, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: April 9, 2009

          _____
          FRANK C. DAMRELL, JR.
          UNITED STATES DISTRICT JUDGE