| | |
|---|---|
| 1 | LORIE J. TEICHERT |
| | Attorney at Law |
| 2 | California State Bar No. 142271 |
| | 1322 F Street |
| 3 | Sacramento, CA  95814 |
| | Telephone:  (916) 441-4410 |
| 4 | Facsimile:  (916) 441-4202 |
| 5 | Attorney for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S- 08-409 FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| MEZA FLAVIO OSUNA, et al., | ) | Court: Hon. Frank C. Damrell, Jr. |
| | ) | Time: 10:00 a.m. |
| Defendants. | ) | Date: May 18, 2009 |
| _____ | ) | |

   IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through Acting United States Attorney Lawrence Brown and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of May 18, 2009 be continued to June 15, 2009 at 10:00 a.m.

   It is further stipulated and agreed between the parties that the period between May 18, 2009 through and including June 15, 2009 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(7)(A) and (B)(iv).  In particular, both counsel need more time for the purpose of defense preparation,

1

investigation of factual issues, and settlement negotiations.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: May 14, 2009  Respectfully submitted,

 /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Meza Flavio Osuna

 /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Jesus Antonio Barraza

Dated: May 14, 2009  LAWRENCE BROWN
Acting United States Attorney

By: /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing therefor, the Court hereby finds that a continuance in this case is necessary to allow defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated:  May 14, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE