LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-08-409 FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MEZA FLAVIO OSUNA, et al., | Court: Hon. Frank C. Damrell, Jr. |
| Defendants. | Time: 10:00 a.m.<br>Date: June 15, 2009 |

  IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through Acting United States Attorney Lawrence Brown and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of June 15, 2009 be continued to August 10, 2009 at 10:00 a.m.

  It is further stipulated and agreed between the parties that the period between June 15, 2009 through and including August 10, 2009 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(7)(A) and (B)(iv).  In particular, both counsel need more time for the purpose of defense preparation,

1

investigation of factual issues, and continued settlement negotiations.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: June 12, 2009             Respectfully submitted,

  /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Meza Flavio Osuna

  /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Jesus Antonio Barraza

Dated: June 12, 2009             LAWRENCE BROWN
Acting United States Attorney

By: /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

**IT IS SO ORDERED**.

Dated: June 12, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE