LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S.  08-409 FCD |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| MEZA FLAVIO OSUNA, et al., ) | Court: Hon. Frank C. Damrell, Jr. |
| ) | Time: 10:00 a.m. |
| Defendants. ) | Date: August 10, 2009 |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through Acting United States Attorney Lawrence Brown and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of August 10, 2009 be continued to September 28, 2009 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period between August 10, 2009 through and including September 28, 2009 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(7)(A) and (B)(iv). In particular, both counsel need more time for the purpose of defense preparation,

1

investigation of factual issues, a joint defense conference with the clients at the Sacramento County Jail, and continued settlement negotiations.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: August 5, 2009                       Respectfully submitted,

                                             /s/ Lorie J. Teichert  
                                            LORIE J. TEICHERT  
                                            Attorney for Defendant  
                                            Meza Flavio Osuna

                                             /s/ Shari Rusk  
                                            SHARI RUSK  
                                            Attorney for Defendant  
                                            Jesus Antonio Barraza

Dated: August 5, 2009                       LAWRENCE BROWN  
                                            Acting United States Attorney

                                            By: /s/ Jill M. Thomas  
                                            JILL M. THOMAS  
                                            Assistant U.S. Attorney

**IT IS SO ORDERED**.

Dated: August 5, 2009

                                            FRANK C. DAMRELL, JR.  
                                            UNITED STATES DISTRICT JUDGE