Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR. S.08-409 FCD |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) |
| | ) Court:  Hon. Frank C. Damrell, Jr. |
| | ) Time:   10:00 a.m. |
| | ) Date:   November 16, 2009 |
| JESUS ANTONIO BARRAZA, et. al., | ) |
| | ) |
| Defendants. | |

_____

        Defendants Jesus Antonio Barraza and Meza Flavio Osuna are

charged in an indictment alleging two counts of violations of 21

U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute.

A status conference was previously set for September 28, 2009.   The

parties are involved in defense investigation, as well as negotiations

and all parties request that the current status conference be

continued to November 16, 2009 at 10:00 a.m., and that date is

available with the Court.

        The parties agree that time should be excluded under 18 U.S.C. §

3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: September 25, 2009         Respectfully submitted,


                                  ___/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Jesus Antonio Barraza


                                  /s/ Lorie Teichert
                                  Lorie Teichert
                                  Attorney for Defendant
                                  Meza Flavio Osuna


                                   /s/ Jill Thomas
                                  Jill Thomas
                                  Assistant United States Attorney


                                  **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through
November 16, 2009, based on Local Code T4, giving counsel reasonable
time to prepare.


DATED: September 25, 2009

                                  _____
                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE