1
2
3
4

Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

United States of America,

        Plaintiff,

   vs.

Jesus Antonio Barraza, et.al.

      Defendants

) Case No.: CR.S. 08-409 FCD
)
) AMENDED STIPULATION AND ORDER TO
) REQUEST PRE-PLEA PRES-SENTENCE
) REPORT
)
) Court:  Hon. Frank C. Damrell, Jr.
) Time:   10:00 a.m.
) Date:   November 16, 2009
)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    Defendants Jesus Antonio Barraza and Meza Flavio Osuna are

charged in an indictment alleging two counts of violations of 21

U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute.

A status conference is currently set for November 16, 2009.  The

parties have met and discussed this matter and agree that a pre-plea

pre-sentence report would be appropriate in this case.  The parties

have alerted probation to this request and probation informs that it

will need approximately six weeks to complete the report.  Thus, the

report should be completed by the next status conference date.

    The parties request that the Court order a pre-plea pre-sentence

report be prepared for both defendants.  The parties make this request

1  to resolve difficult guideline issues involving relevant conduct, gun

2  enhancements and safety valve that directly affect plea negotiations.

3      The parties agree that time should be excluded under 18 U.S.C. §

4  3161(h)(8)(i) for defense preparation and under local code T4.

5

6

7  Dated: October 8, 2009            Respectfully submitted,

8

9                                    __/s/ Shari Rusk___
                                     Shari Rusk
10                                    Attorney for Defendant
                                     Jesus Antonio Barraza
11

12                                   /s/ Lorie Teichert
                                     Lorie Teichert
13                                    Attorney for Defendant
                                     Meza Flavio Osuna
14

15                                    _/s/ Jill Thomas
16                                    Jill Thomas
                                     Assistant United States Attorney
17

18

19

20                                   **ORDER**

21

22      IT IS SO ORDERED.  The Court orders probation to prepare a pre-

23  plea pre-sentence report in this matter.

24

25

26  DATED:  October 8, 2009

27

28                                   _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE