Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br><br>JESUS ANTONIO BARRAZA, et.al.<br>　　　　Defendants. | Case No.: CR.S-08-409 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:　Hon. Frank C. Damrell, Jr.<br>Time:　10:00 a.m.<br>Date:　March 8, 2010 |

　　　Defendants Jesus Antonio Barraza and Meza Flavio Osuna are charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute. A status conference was previously set for January 11, 2010.  The matter was referred to the probation office for a pre-plea pre-sentence report.  The parties have met with their various clients and the probation office.  There are issues dramatically effecting the guideline calculations, which the parties are attempting to resolve prior to entering a plea. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to March 8, 2010, at 10:00 a.m., and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 11, 2010          Respectfully submitted,

                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Jesus Antonio Barraza

                                    /s/ Lorie Teichert
                                    Lorie Teichert
                                    Attorney for Defendant
                                    Meza Flavio Osuna

                                    /s/ Jill Thomas
                                    Jill Thomas
                                    Assistant United States Attorney

**ORDER**

IT IS SO ORDERED. The Court finds excludable time through March 8, 2010, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: January 7, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE