Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR. S-08-409 FCD |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Frank C. Damrell, Jr. ) Time:   10:00 a.m. ) Date:   August 30, 2010 |
| Jesus Antonio Barraza, et.al. | ) |
| Defendants. | |

Defendants Jesus Antonio Barraza and Meza Flavio Osuna are charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute. A status conference was previously set for July 19, 2010.  The parties are involved in defense investigation, as well as negotiations.  Mr. Barrazza will be having a psychiatric evaluation that will likely effect the terms of any potential plea agreement. The parties request that the status conference be continued until after the evaluation has taken place.  All parties request that the current status conference be continued to August 30, 2010, and that date is available with the Court.

-1-

1  The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: July 12, 2010          Respectfully submitted,

                             __/s/ Shari Rusk___
                             Shari Rusk
                             Attorney for Defendant
                             Jesus Antonio Barraza

                             /s/ Lorie Teichert
                             Lorie Teichert
                             Attorney for Defendant
                             Meza Flavio Osuna

                             /s/ Jill Thomas
                             Jill Thomas
                             Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through August 30, 2010, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: July 13, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE