LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-08-409 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| MEZA FLAVIO OSUNA, et al., | ) | Court: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) | Time: 10:00 a.m. |
|  | ) | Date: October 4, 2010 |

    IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of August 30, 2010 be continued to October 4, 2010 at 10:00 a.m.

    It is further stipulated and agreed between the parties that the period between the date of this stipulation, August 25, 2010, through and including October 4, 2010 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(7)(A) and (B)(iv).  In particular, since the receipt of the pre-plea pre-sentence report, the

1  parties have engaged in continued defense investigation, discovery requests, and plea
2  negotiations.  In addition, Defendant Barraza has had a psychiatric evaluation but his attorney
3  has yet to receive the written report.  Counsel need more time for the purpose of continued
4  defense investigation of factual issues, receipt and analysis of the psychiatric report, and
5  continued settlement negotiations.  All parties stipulate and agree that this is an appropriate
6  exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(7)(A) and
7  (B)(iv), and Local Code T4.

Dated: August 25, 2010                    Respectfully submitted,

   /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Meza Flavio Osuna


   /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Jesus Antonio Barraza

Dated: August 25, 2010                    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing therefor, the Court hereby finds that a continuance in this case is necessary to allow defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated: August 25, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2