Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S-08-409 FCD |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court: Hon. Frank C. Damrell, Jr.<br>) Time: 10:00 a.m.<br>) Date: November 22, 2010 |
| Jesus Antonio Barraza, et.al. | ) |
| Defendants | |

    Defendants Jesus Antonio Barraza and Meza Flavio Osuna are charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute. A status conference was previously set for October 4, 2010. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to November 22, 2010, and that date is available with the Court.

    The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

-1-

Dated: October 1, 2010           Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant
                                   Jesus Antonio Barraza


                                   /s/ Lorie Teichert
                                   Lorie Teichert
                                   Attorney for Defendant
                                   Meza Flavio Osuna


                                    /s/ Jill Thomas
                                   Jill Thomas
                                   Assistant United States Attorney



**ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through November 22, 2010, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: October 1, 2010

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE