LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.  S-08-409 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| MEZA FLAVIO OSUNA, et al., | ) | Court: Hon. Frank C. Damrell, Jr. |
| Defendants. | ) | Time:  10:00 a.m. |
|  | ) | Date:   November 22, 2010 |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of November 22, 2010 be continued to January 18, 2011 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period between the date of this stipulation, November 18, 2010, through and including January 18, 2011 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. section 3161(h)(7)(A) and (B)(iv). In particular, since the receipt of the pre-plea pre-sentence

1

1  report and Defendant Barraza's psychiatric evaluation, the parties have engaged in continued
2  defense investigation, discovery requests and pending responses thereto, and plea negotiations.
3  At present, Counsel for the Government is engaged in a jury trial on another matter through mid-
4  December and Counsel for Mr. Osuna will be engaged in jury trial on another matter through
5  early January, 2011.  Counsel need more time for the purpose of continued defense investigation,
6  continuity of counsel, receipt and analysis of pending discovery from the Government, and
7  continued settlement negotiations.  All parties stipulate and agree that this is an appropriate
8  exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(7)(A) and
9  (B)(iv), and Local Code T4.

Dated: November 18, 2010                    Respectfully submitted,

                                             /s/ Lorie J. Teichert
                                            LORIE J. TEICHERT
                                            Attorney for Defendant
                                            Meza Flavio Osuna


                                             /s/ Shari Rusk
                                            SHARI RUSK
                                            Attorney for Defendant
                                            Jesus Antonio Barraza


Dated: November 18, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Jill M. Thomas
                                            JILL M. THOMAS
                                            Assistant U.S. Attorney

2

**ORDER**

Based on the stipulation of the parties and good cause appearing therefor, the Court hereby finds that a continuance in this case is necessary to allow continuity of counsel and to permit defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated: November 19, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE