Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>     vs.<br><br>Jesus Antonio Barraza, et.al.<br><br>         Defendants. | Case No.: CR. S-08-409 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Frank C. Damrell, Jr.<br>Time:   10:00 a.m.<br>Date:   March 7, 2011 |

    Defendants Jesus Antonio Barraza and Meza Flavio Osuna are charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute. A status conference was previously set for January 18, 2011. The defense is awaiting some additional discovery and has provided the government with a psychiatric evaluation of the defendant for consideration. The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to March 7, 2011, and that date is available with the Court.

    The parties agree that time should be excluded under 18 U.S.C. § 3161(h) (8)(i) for defense preparation and under local code T4.

-1-

Dated: January 11, 2011          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Jesus Antonio Barraza


                                 /s/ Lorie Teichert
                                 Lorie Teichert
                                 Attorney for Defendant
                                 Meza Flavio Osuna


                                  /s/ Jill Thomas
                                 Jill Thomas
                                 Assistant United States Attorney


**ORDER**

    IT IS SO ORDERED.  The Court finds excludable time through March 7, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: January 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE