1  LORIE J. TEICHERT
   Attorney at Law
2  California State Bar No. 142271
   1322 F Street
3  Sacramento, CA  95814
   Telephone:  (916) 441-4410
4  Facsimile:  (916) 441-4202

5  Attorney for Defendant

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. 2:08-cr-00409 KJM
                                       )
12            Plaintiff,               )    STIPULATION AND ORDER
                                       )    TO CONTINUE STATUS
13      v.                             )    CONFERENCE
                                       )
14  MEZA FLAVIO OSUNA, et al.,         )    Court:  Hon. Kimberly J. Mueller
                                       )    Time:   10:00 a.m.
15            Defendants.              )    Date:   May 12, 2011
    _____)

16

17        IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and

18  through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Jill

19  M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their

20  attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of March

21  3, 2011 be continued to May 12, 2011 at 10:00 a.m.

22        It is further stipulated and agreed between the parties that the period between the date of

23  this stipulation, March 1, 2011, through and including May 12, 2011 should be excluded in

24  computing the time within which the trial of the above criminal prosecution must commence for

25  purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the

26  Court excluding such time, so that counsel for the defendant may have reasonable time necessary

27  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section

28  3161(h)(7)(A) and (B)(iv).

                                        1

1    In particular, the parties are engaged in ongoing defense investigation and are awaiting

2   supplemental discovery from the government including, but not limited to, downloads of cellular

3   telephone information and examination of physical evidence.  In addition, counsel for Mr. Osuna

4   just completed a multi-month jury trial on February 17, 2011 and will be undergoing a surgical

5   procedure in March, 2011, followed by a six to eight week period of rest and/or light duty.

6   Finally, the parties are engaged in plea negotiations with the government.  Based on the

7   foregoing, counsel need more time for the purpose of continued defense investigation, continuity

8   of counsel, receipt and analysis of pending discovery from the Government, and continued

9   settlement negotiations.  All parties stipulate and agree that this is an appropriate exclusion of

10  time within the meaning of Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), and

11  Local Code T4.

12  Dated: March 1, 2011                    Respectfully submitted,

13                                            /s/ Lorie J. Teichert
                                            LORIE J. TEICHERT
14                                          Attorney for Defendant
                                            Meza Flavio Osuna
15

16                                           /s/ Shari Rusk
                                            SHARI RUSK
17                                          Attorney for Defendant
                                            Jesus Antonio Barraza
18

19  Dated: March 1, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney
20
                                            By: /s/ Jill M. Thomas
21                                          JILL M. THOMAS
                                            Assistant U.S. Attorney
22

23

24

25

26

27

28

1

ORDER

2    Based on the stipulation of the parties and good cause appearing therefor, the Court

3  hereby finds that a continuance in this case is necessary to allow continuity of counsel and to

4  permit defense counsel reasonable time for effective preparation, taking into account the exercise

5  of due diligence, and that the ends of justice served by the granting of such continuance outweigh

6  the interests of the public and the defendant in a speedy trial.  Based on these findings and

7  pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in

8  its entirety as its order.

9    **IT IS SO ORDERED**.

10  Dated:  March 2, 2011.

11  _____

12  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28