Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | Case No.: 2:08-cr-00409 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| ) | |
| vs. ) | Court:  Hon. Kimberly J. Mueller |
| ) | Time:   10:00 a.m. |
| ) | Date:   May 12, 2011 |
| Jesus Antonio Barraza, et.al. ) | |
| ) | |
| Defendants | |

    Defendants Jesus Antonio Barraza and Meza Flavio Osuna are charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute. A status conference was previously set for May 12, 2011.  Counsel for Osuna has been very ill and required heart surgery.  The parties are also involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to May 26, 2011, if that date is available with the Court.

    The parties agree that time should be excluded under 18 U.S.C. § 3161(h) (8)(i) for defense preparation and under local code T4.

Dated: May 2, 2011              Respectfully submitted,


                                   /s/ Shari Rusk
                                  Shari Rusk
                                  Attorney for Defendant
                                  Jesus Antonio Barraza


                                  /s/ Lorie Teichert
                                  Lorie Teichert
                                  Attorney for Defendant
                                  Meza Flavio Osuna


                                   /s/ Jill Thomas
                                  Jill Thomas
                                  Assistant United States Attorney



**ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through May 26, 2011, based on Local Code T4, giving counsel reasonable time to prepare.

DATED:  May 3, 2011.

                                  _____
                                  UNITED STATES DISTRICT JUDGE