LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00409 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| MEZA FLAVIO OSUNA, et al., | ) | Court: Hon. Kimberly J. Mueller |
| | ) | Time: 10:00 a.m. |
| Defendants. | ) | Date: May 26, 2011 |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of May 25, 2011 be continued to June 9, 2011 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period between the date of this stipulation, May 24, 2011, through and including June 9, 2011 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

In particular, the parties have received supplemental discovery from the government including, but not limited to, downloads from cellular telephones and information regarding the existence of or examination of other physical evidence. The defense has conferred with the Government regarding obtaining a defense cellular telephone expert to further examine the telephones. Upon obtaining court approval for the expert, time will be needed for the expert to perform his review. Finally, the parties are engaged in plea negotiations with the government. Based on the foregoing, counsel need more time for the purpose of continued defense investigation, further analysis of discovery from the Government, and continued settlement negotiations. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: May 24, 2011             Respectfully submitted,

   /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Meza Flavio Osuna

   /s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Jesus Antonio Barraza

Dated: May 24, 2011             BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefor, the Court hereby finds that a continuance in this case is necessary to allow continuity of counsel and to permit defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Local Code T4. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED**.

Dated:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE