Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 08-409 KJM |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court: Hon. Kimberly J. Mueller ) Time: 10:00 a.m. ) Date: July 28, 2011 |
| Jesus Antonio Barraza, et.al. | ) |
| Defendants | |

Defendants Jesus Antonio Barraza and Meza Flavio Osuna are charged in an indictment alleging two counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Heroin with Intent to Distribute. A status conference was previously set for June 9, 2011. The defendant's expert will be analyzing some of the evidence and the parties expect that this analysis will aid in resolution of the case. The parties are also involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to July 28, 2011, and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) for defense preparation and under local code T4.

-1-

Dated: June 2, 2011            Respectfully submitted,


                                __/s/ Shari Rusk___
                                Shari Rusk
                                Attorney for Defendant
                                Jesus Antonio Barraza


                                /s/ Lorie Teichert
                                Lorie Teichert
                                Attorney for Defendant
                                Meza Flavio Osuna


                                /s/ Jill Thomas
                                Jill Thomas
                                Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through July 28, 2011, based on Local Code T4, giving counsel reasonable time to prepare, and finds that the ends of justice served by excluding time outweigh the interest of the public and the defendant in a speedy trial.

DATED: June 6, 2011.

_____
UNITED STATES DISTRICT JUDGE