LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2: 08-cr-00409 KJM |
| Plaintiff, ) | AMENDED STIPULATION |
| ) | AND ORDER TO CONTINUE |
| v. ) | STATUS CONFERENCE |
| MEZA FLAVIO OSUNA, et al., ) | Court: Hon. Kimberly J. Mueller |
| ) | Time:  10:00 a.m. |
| Defendants. ) | Date:  July 28, 2011 |

IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Jill M. Thomas, and Defendants, Meza Flavio Osuna and Jesus Antonio Barraza, through their attorneys, Lorie J. Teichert and Shari Rusk, that the previously set Status Conference of July 28, 2011 be continued to August 25, 2011 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period between the date of this stipulation, July 22, 2011, through and including August 25, 2011 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

1  In particular, the parties received supplemental discovery from the government which
2  included downloads from two cellular telephones located at the scene of the arrest.  Per
3  agreement of the parties, the defense cell phone expert has now downloaded information from a
4  third cellular telephone located at the scene as well as further information from the first two
5  telephones.  The expert is in the process of analyzing this information.  In the meantime, the
6  parties have engaged in further plea negotiations with the government which this writer believes
7  will result in the resolution of the case for all parties.  Finally, counsel for the government will be
8  unavailable on July 28, 2001, the currently set status conference date due to military duty. Based
9  on the foregoing, counsel need more time for the purpose of completing the defense expert
10 analysis of the above-described cellular telephone information and completing the anticipated
11 negotiation, translation and signing of plea agreements in order to settle the case.  All parties
12 stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18,
13 United States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code T4.

14 Dated: July 22, 2011                    Respectfully submitted,

15                                          /s/ Lorie J. Teichert
                                         LORIE J. TEICHERT
16                                       Attorney for Defendant
                                         Meza Flavio Osuna
17

18                                        /s/ Shari Rusk
                                         SHARI RUSK
19                                       Attorney for Defendant
                                         Jesus Antonio Barraza
20

21 Dated: July 22, 2011                    BENJAMIN B. WAGNER
                                         United States Attorney
22
                                         By: /s/ Jill M. Thomas
23                                       JILL M. THOMAS
                                         Assistant U.S. Attorney

2

ORDER

Based on the stipulation of the parties and good cause appearing therefor, the Court hereby finds that a continuance in this case is necessary to allow continuity of counsel and to permit defense counsel reasonable time for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order. The August 25 date is a firm date that will not be further continued.

**IT IS SO ORDERED**.

Dated: July 26, 2011.

_____
UNITED STATES DISTRICT JUDGE