LORIE J. TEICHERT
Attorney at Law
California Bar #142271
1322 F Street
Sacramento, CA 95814
Tel: (916) 441-4410
Fax: (916) 441-4202

Attorney for Defendant
MEZA FLAVIO OSUNA, aka
FLAVIO MEZA OSUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:08-cr-00409-KJM |
|---|---|---|
| Plaintiff, | ) | ORDER SEALING DOCUMENTS |
| v. | ) | |
| MEZA FLAVIO OSUNA, | ) | |
| et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that the Request to Seal Documents be granted and that the original documents and the request be filed under seal.

Dated: August 31, 2011.

_____
UNITED STATES DISTRICT JUDGE